# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEY N. BLEAKLEY
    PLAINTIFF,

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    DEFENDANTS      CASE NUMBER: C08-5517FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's motion for an award of costs and attorney's fees [Dkt # 19] is **GRANTED**. Expenses in the amount of $32.60 and attorney's fees in the amount of $3,900.58 are awarded to Plaintiff's attorney Jon Erik Mueller.

  June 3, 2009                                                             BRUCE RIFKIN
                                                                                                     Clerk

                                                                                         /s/ Pat LeFrois
                                                                                             Deputy Clerk